1
2
3
4
5
6
7
8                           **UNITED STATES DISTRICT COURT**

9                           **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12   MARK A. PIRANTE,                )      No. CV 07-7870-AHM(CW)
                                      )
13                  Petitioner,       )      JUDGMENT
                                      )
14          v.                        )
                                      )
15   JAMES YATES (Warden),            )
                                      )
16                  Respondent.       )
     _____)
17
18       **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19   denied and the action dismissed with prejudice.

20
21   DATED:    _November 10, 2011_

22                                        _____
                                              A. HOWARD MATZ
23                                        United States District Judge
24
25
26
27
28